**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 1:02CR351-11 |
| | ) | |
| Plaintiff, | ) | Judge Nugent |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Joseph Jones, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JUDGMENT SATISFACTION</u>

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

William J. Edwards
Acting United States Attorney

By: \s\Richard J. French
Richard J. French, #0023569
Assistant U. S. Attorney
Suite 400
801 West Superior Avenue
Cleveland, Ohio 44113
Phone:  (216) 622-3687
E-MAIL: RICHARD.FRENCH@USDOJ.GOV
FAX: (216) 522-4542