IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:02CR351 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH B. VAUGHN, et al. | ) | ORDER PERMITTING |
| | ) | DESTRUCTION OF FIREARMS |
| Defendants. | ) | AND AMMUNITION |

    IT IS HEREBY ORDERED that the following listed firearms and ammunition seized in connection with this case and heretofore unclaimed, shall be removed from evidence for destruction in accordance with Federal Bureau of Investigation regulations:

1)     Colt "Gov't Pocket Lite" handgun.

2)     2 magazines with 10 rounds of ammunition.

3)     Magazine for 380 Auto Colt Gov't Gun with 1 round of ammunition.

4)       Bag of miscellaneous ammunition.

5)       Rifle (Bolt), with black stock, S/N 14051.

6)       Springfield 22 Rifle, model 187J.

7)       One Smith & Wesson 9mm handgun, marked CLVLNDOHPP, S/N TLF6939.

IT IS SO ORDERED.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

_____
Date